IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

SHARON K. WHITEHEAD, *individually and as* )
*Executrix of the Estate of JAMES T. WHITEHEAD*, )
*Deceased*, )
               )
             Plaintiff, )
vs. )
               )       1:18-CV-00091

AIR & LIQUID SYSTEMS CORPORATION, )
*individually and as successor-in-interest to* )
*BUFFALO PUMPS*; ASCO VALVE, INC.; )
AURORA PUMP COMPANY; BFK, INC., )
*successor-in-interest to BUELL ENGINEERING CO.*; )
BLACKMER PUMP COMPANY; BW/IP, INC., )
*individually and as successor-in-interest* )
*to BYRON JACKSON PUMPS*; CARRIER )
CORPORATION; CBS CORPORATION, )
*f/k/a VIACOM, INC., sued as* )
*successor-by-merger to CBS CORPORATION,* )
*f/k/a WESTINGHOUSE ELECTRIC CORPORATION* )
*and also as successor-in-interest to BF STURTEVANT*; )
CHICAGO PNEUMATIC TOOL COMPANY, LLC; )
COVIL CORPORATION; CRANE CO.; )
DANIEL INTERNATIONAL CORPORATION, f/k/a )
DANIEL CONSTRUCTION COMPANY INC.; )
E.I. DU PONT DE NEMOURS AND COMPANY; )
FISHER CONTROLS INTERNATIONAL, LLC, )
*wholly owned subsidiary of EMERSON ELECTRIC* )
*COMPANY*; FLOWSERVE CORPORATION, )
*individually and as successor-in-interest to* )
*ANCHOR/DARLING VALVE COMPANY*; )
FLOWSERVE US INC., solely as successor to )
*EDWARD VALVES CO. and ROCKWELL* )
*MANUFACTURING COMPANY*; )
FLUOR CONSTRUCTORS INTERNATIONAL, )
*f/k/a FLUOR CORPORATION*; )
FLUOR CONSTRUCTORS INTERNATIONAL, INC.; )
FLUOR DANIEL SERVICES CORPORATION; )
FLUOR ENTERPRISES, INC.; )

FMC CORPORATION; GARDNER DENVER, INC.; )
GENERAL ELECTRIC COMPANY; )
GOULDS PUMPS, INC.; INTERNATIONAL PAPER )
COMPANY; ITT, LLC *f/k/a ITT CORPORATION, ITT* )
*INDUSTRIES, INC., ITT FLUID PRODUCTS CORP.,* )
*HOFFMAN SPECIALTY MFG. CORP., BELL and* )
*GOSSETT COMPANY and ITT MARLOW*; )
JOHN CRANE, INC.; MCNALLY INDUSTRIES, )
LLC, *successor-in-interest to NORTHERN FIRE* )
*APPARATUS*; METROPOLITAN LIFE INSURANCE )
COMPANY; PABST BREWING COMPANY, LLC; )
RESEARCH-COTTRELL, INC.; )
STERLING FLUID SYSTEMS (USA) LLC, )
*f/k/a PEERLESS PUMPS CO.*; TACO, INC.; )
UNITED CONVEYOR CORPORATION; )
VIKING PUMP, INC.; WARREN PUMPS, LLC; )
THE WILLIAM POWELL COMPANY; )
YORK INTERNATIONAL CORPORATION; )
 )
                    Defendants. )

## ENTRY OF DEFAULT

Pursuant to the Order entered on April 12, 2019 by the Honorable Magistrate Judge L.

Patrick Auld, default is hereby entered against Defendant BFK, Inc.

    This the 15th day of April, 2019.


                         JOHN S. BRUBAKER, Clerk


                         /s/ Keah Marsh
                         Court Services Supervisor