UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
NO: 1:18-cv-0091-WO-LPA

| | |
|---|---|
| **SHARON WHITEHEAD**, Individually and as Executrix of the Estate of **JAMES T. WHITEHEAD,** Deceased<br><br>　　Plaintiff,<br><br>v.<br><br>**AIR & LIQUID SYSTEMS CORPORATION**, individually and as successor-in- interest to BUFFALO PUMPS, et al.<br><br>　　Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

## STIPULATION OF DISMISSAL OF
## DEFENDANT PABST BREWING COMPANY WITH PREJUDICE

Pursuant to Rule 41 (a)(1) of the Federal Rules of Civil Procedure, Plaintiffs James T. Whitehead and Sharon Whitehead, by and through undersigned counsel, and with the consent of Defendant, Pabst Brewing Co., hereby stipulates and agrees to dismiss all claims against Defendant Pabst Brewing Co. only in the above-captioned action without prejudice. Each party shall bear its own attorney's fees and costs. This 21st day of June 2019.

*(signatures on following page)*

**WE MOVE:**

*/s/ Kevin W. Paul*
Kevin W. Paul
Admitted *Pro Hac Vice*
Dean Omar Branham Shirley, LLP
302 N. Market Street, Suite 300
Dallas, TX 75202
Phone: 214-722-5990
kpaul@dobslegal.com


*/s/William M. Graham*
*(signed w/ express permission Adam Sher)*
William M. Graham (NC Bar #17972)
Wallace and Graham P.A.
525 North Main Street
Salisbury, NC 28144
Telephone: (704) 633-5244
bgraham@wallacegraham.com
Attorneys for Plaintiff

**WE CONSENT:**

*/s/ Adam J. Sher*
Adam J. Sher
General Counsel
Pabst Brewing Company, LLC
10635 Santa Monica Blvd, Suite 350
Los Angeles, CA 90025

# CERTIFICATE OF SERVICE

I hereby certify that on this date I electronically filed the foregoing *Stipulation of Dismissal as to Pabst Brewing Co.*, with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case. This the 21st day of June 2019.

*/s/Kevin W. Paul*
Kevin W. Paul
