UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| **SHARON WHITEHEAD**, Individually and as Executrix of the Estate of **JAMES T. WHITEHEAD** <br><br> Plaintiff, <br><br> v. <br><br> **AIR & LIQUID SYSTEMS CORPORATION**, individually and as successor-in- interest to BUFFALO PUMPS, et al. <br><br> Defendants. | **CIVIL ACTION NO. 1:18-cv-0091** <br><br> STIPULATION OF DISMISSAL |

The Plaintiff, Sharon Whitehead, Individually and as Executrix of the Estate of James T. Whitehead, Deceased and Defendant, International Paper Company, having agreed to end the above matter with prejudice,

IT IS STIPULATED, pursuant to Fed. R. Civ. Pro. 41(a)(1)(A)(ii), attorneys for the Plaintiff, and attorneys for this Defendant, that the above case be ended *with prejudice* as to Defendant, INTERNATIONAL PAPER COMPANY.

The cause of action against the remaining defendants is not ended and is in no way affected by this Stipulation.

[SIGNATURE ON FOLLOWING PAGE]

1

WE SO STIPULATE:                                    WE SO STIPULATE:

DEAN, OMAR & BRANHAM, LLP                           ORBOCK, RUARK, & DILLARD, PC


By: *s/__Kevin W. Paul__ _          _*              By: *s/Mark A. Leach_____*
Kevin W. Paul, Esq.                                 Mark A. Leach, NC Bar No. 23250
*Admitted Pro Hac Vice*                             Orbock, Ruark, & Dillard, PC
DEAN, OMAR & BRANHAM, LLP                           1590 Westbrook Plaza Drive, Suite 102
302 N. Market Street, Suite 300                     Winston-Salem, NC 27103
Dallas, TX 75202

    -and-                       *Attorney for the Defendant International Paper Company*


By: *s/__William M. Graham_____*
William M. Graham, Esq.
(NC Bar #17972)
WALLACE & GRAHAM, P.A.
525 North Main Street
Salisbury, NC 28144


*Attorneys for the Plaintiff*


Dated:  October 29, 2019.


2

**CERTIFICATE OF SERVICE**

    I hereby certify that on October 29, 2019, I electronically filed the foregoing Answer with the Clerk of the United States District Court for the Middle District of North Carolina using the CM/ECF system which will send notification of such filing and an electronic copy of same to all counsel of record registered with the CM.ECF system, and I hereby certify that I have thereby electronically served the document upon all counsel in this action registered with the CM/ECF system.

                                               INTERNATIONAL PAPER COMPANY
                                               /s/ Mark A. Leach
                                             Mark A. Leach, NC Bar No.: 23250
                                             Orbock, Ruark, & Dillard, PC
                                             1590 Westbrook Plaza Drive, Suite 102
                                             Winston-Salem, NC 27103
                                             Phone: (336) 760-8848
                                             Fax: (336) 760-5903
                                             markleach@ord-law.com

                                             *Attorney for International Paper Company*