UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| SHARON K. WHITEHEAD, Individually and as Executrix of the Estate of James T. Whitehead, Deceased, | ) ) ) ) | Civil Action No. 1:18-CV-00091 |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| AIR & LIQUID SYSTEMS CORPORATION, et al, | ) ) ) | |
| Defendants. | ) ) | |

## <u>STIPULATION OF DISMISSAL AS TO DEFENDANT ASCO VALVE, INC.</u>

The Plaintiff Sharon K. Whitehead, Individually, and as Executrix of the Estate of James T. Whitehead, and Defendant ASCO Valve, Inc. n.k.a ASCO, L.P., having agreed to end the above matter without prejudice,

HEREBY STIPULATE, pursuant to Fed. R. Civ. Pro. 41(a)(1)(A)(ii) that the above case be ended without prejudice as to Defendant ASCO Valve, Inc. Each party shall bear its own attorney's fees and costs.

The cause of action against the remaining Defendants is not ended and is in no way affected by this Stipulation.

This 29th day of October 2019.

**DEAN OMAR BRANHAM SHIRLEY LLP**

s/ Kevin W. Paul
Kevin W. Paul
Admitted *Pro Hac Vice*
302 N. Market Street, Suite 300
Dallas, TX 75202
Phone: 214-722-5990

**BOUCH MCLEOD LLC**

s/ Timothy W. Bouch
Timothy W. Bouch (#26065)
Yancey A. McLeod III
P.O. Box 59
Charleston, SC 29402
Tel: (843) 937-8811

kpaul@dobslegal.com                              email: tim@bouchmcleod.com

*Attorneys for Plaintiff*                        *Attorneys for Defendant ASCO*
                                                 *Valve, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on October 29, 2019, I electronically filed the foregoing Stipulation of Dismissal of ASCO Valve, Inc., with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record in this case.

s/ Timothy W. Bouch
Timothy W. Bouch