IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
C.A. No.: 1:18-cv-00091-WO-LPA

| | |
|---|---|
| SHARON K. WHITEHEAD, Individually and as Executrix of the Estate of JAMES T. WHITEHEAD, Deceased,<br><br>Plaintiff,<br><br>v.<br><br>AIR & LIQUID SYSTEMS CORPORATION, *et al.*,<br><br>Defendants. | **JOINT MOTION TO DISMISS WITHOUT PREJUDICE** |

NOW COMES Plaintiff, SHARON K. WHITEHEAD, Individually and as Executrix of the Estate of JAMES T. WHITEHEAD, Deceased, by and through counsel, and Defendant, JOHN CRANE INC., pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, and hereby move the Court for an Order dismissing, without prejudice, all claims against Defendant, JOHN CRANE INC., and no others in this civil action, with each party bearing their own costs of this action.

[*SIGNATURE PAGE FOLLOWS*]

Respectfully submitted, this the 30th day of October, 2019.

| **Prepared and Submitted By:** | **Consented to By:** |
|---|---|
| Attorney for Defendant John Crane Inc. | Attorneys for Plaintiffs |

*s/ Stephen B. Williamson*
Stephen B. Williamson
NC State Bar 20203
Van Winkle, Buck, Wall, Starnes
& Davis, P.A.
11 N. Market St.
Asheville, NC 28801
swilliamson@vwlawfirm.com

William M. Graham, Esq.
WALLACE & GRAHAM, P.A.
525 North Main Street
Salisbury, NC 28144
bgraham@wallacegraham.com

Jessica Dean, Esq.
Charles Branham, Esq.
Kevin Paul, Esq.
DEAN, OMAR & BRANHAM, LLP
302 N. Market Street, Suite 300
Dallas, TX 75202
jdean@dobllp.com,
tbranham@dobllp.com,
kpaul@dobllp.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of October, 2019, I electronically filed the foregoing JOINT MOTION TO DISMISS with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*/s/ Stephen B. Williamson*
Stephen B. Williamson
NC State Bar 20203
Van Winkle, Buck, Wall, Starnes & Davis, P.A.
Attorneys for Defendant John Crane Inc.
11 N. Market Street
Asheville, NC 28802
Tel.: (828) 258-2991
Fax.: (828) 255-0255
swilliamson@vwlawfirm.com