UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
CIVIL ACTION NO. 1:18-cv-00091

SHARON K. WHITEHEAD, )
Individually and as Executrix of the )
Estate of JAMES T. WHITEHEAD, )
Deceased, )
　)
　　　　Plaintiff, )
　)
v. )
　)
AIR & LIQUID SYSTEMS )
CORPORATION, individually and as )
successor-in-interest to BUFFALO )
PUMPS, et al., )
　)
　　　　Defendants. )
　)

**STIPULATION OF DISMISSAL OF**
**<u>DEFENDANT CHICAGO PNEUMATIC TOOL COMPANY LLC</u>**

NOW COMES Plaintiff, SHARON K. WHITEHEAD, Individually and as Executrix of the Estate of JAMES T. WHITEHEAD, Deceased, by and through counsel, and Defendant, CHICAGO PNEUMATIC TOOL COMPANY LLC, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, and hereby move the Court for an Order dismissing, without prejudice, all claims against Defendant CHICAGO PNEUMATIC TOOL COMPANY LLC, with each party bearing their own costs of this action.

By consent:

| | |
|---|---|
| /s/ M. Elizabeth O'Neill<br>M. Elizabeth O'Neill<br>N.C. State Bar No. 50338<br>Womble Bond Dickinson (US) LLP<br>301 South College Street, Suite 3500<br>Charlotte, NC 28202-6037<br>Telephone: (704) 350-6310<br>Email: elizabeth.oneill@wbd-us.com | /s/ Kevin Paul<br>Kevin Paul (admitted *pro hac vice*)<br>Jessica Dean<br>Charles Branham<br>DEAN, OMAR & BRANHAM, LLP<br>302 N. Market Street, Suite 300<br>Dallas, TX 75202<br>jdean@dobllp.com<br>tbranham@dobllp.com<br>kpaul@dobllp.com |
| /s/ Sonny S. Haynes<br>Sonny S. Haynes<br>N.C. State Bar No. 41303<br>Womble Bond Dickinson (US) LLP<br>One West Fourth Street<br>Winston Salem, NC 27101<br>Telephone: (336) 721-3632<br>Email: sonny.haynes@wbd-us.com | William M. Graham<br>N.C. State Bar No. 17972<br>WALLACE & GRAHAM, P.A.<br>525 North Main Street<br>Salisbury, NC 28144<br>Email: bgraham@wallacegraham.com |
| *Attorneys for Defendant Chicago Pneumatic Tool Company* | *Attorneys for Plaintiff* |

## CERTIFICATE OF SERVICE

I hereby certify that on this date of November 18, 2019, I electronically filed the foregoing Stipulation of Dismissal of Defendant Chicago Pneumatic Tool Company LLC with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record in this case.

/s/ Sonny S. Haynes
Sonny S. Haynes
N.C. State Bar No. 41303
Womble Bond Dickinson (US) LLP
One West Fourth Street
Winston Salem, NC  27101
Telephone: (336) 721-3632
Email: sonny.haynes@wbd-us.com

*Attorneys for Defendant Chicago Pneumatic Tool Company*