IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

FILE NO.: 1:18-CV-00091

| | |
|---|---|
| SHARON K. WHITEHEAD, Individually and as Executrix of the Estate of JAMES T. WHITEHEAD, Deceased, | )<br>)<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )<br>) |
| AIR & LIQUID SYSTEMS CORPORATION, et al., | )<br>)<br>) |
| Defendants. | ) |

## JOINT MOTION TO DISMISS WITHOUT PREJUDICE

COMES NOW Plaintiff SHARON K. WHITEHEAD, Individually and as Executrix of the Estate of JAMES T. WHITEHEAD, Deceased, and Defendant TACO, INC., by and through counsel, pursuant to Rule 41(1)(2) of the Federal Rules of Civil Procedure, and hereby move the Court for an Order dismissing, without prejudice, all claims against Defendant TACO, INC., ONLY, in this civil action, with each party bearing their own costs of this action.

Respectfully submitted, the 20th day of November, 2019.

[SIGNATURE PAGE FOLLOWS]

1

11734760v.1

Case 1:18-cv-00091-LCB-JLW   Document 246   Filed 11/20/19   Page 1 of 3

| Prepared and Submitted By: | Consented to By: |
|---|---|
| Attorneys for Taco, Inc. | Attorneys for Plaintiff |

| | |
|---|---|
| /s/ E. Elaine Shofner | /s/ Kevin Paul |
| E. Elaine Shofner | William M. Graham, Esq. |
| Georgia State Bar No. 405361 | WALLACE & GRAHAM, P.C. |
| *By Special Appearance* | 525 North Main Street |
| HAWKINS PARNELL & YOUNG LLP | Salisbury, NC 28144 |
| 4000 SunTrust Plaza | bgraham@wallacegraham.com |
| 303 Peachtree Street, NE | |
| Atlanta, Georgia 30308 | Jessica Dean, Esq. |
| Telephone: (404) 614-7400 | Charles Brannan, Esq. |
| Facsimile: (404) 614-7500 | Kevin Paul, Esq. |
| eshofner@hptylaw.com | DEAN, OMAR & BRANHAM, LLP |
| | 302 N. Market Street, Suite 300 |
| Douglas A. Rubel | Dallas, TX 75202 |
| N.C. State Bar No. 29824 | jdean@dobllp.com |
| HAWKINS PARNELL & YOUNG LLP | tbranham@dobllp.com |
| Post Office Box 1285 | kpaul@dobllp.com |
| Cary, North Carolina 27512-1285 | |
| Telephone: (919) 523-3638 | |
| Facsimile: (404) 614-7500 | |
| drubel@hptylaw.com | |

## CERTIFICATE OF SERVICE

I hereby certify that on this the 20th day of November, 2019, I electronically filed the foregoing JOINT MOTION TO DISMISS with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/ E. Elaine Shofner
E. Elaine Shofner
Georgia State Bar No. 405361
*By Special Appearance*
HAWKINS PARNELL & YOUNG LLP
4000 SunTrust Plaza
303 Peachtree Street, NE
Atlanta, Georgia 30308
Telephone: (404) 614-7400
Facsimile: (404) 614-7500
E-mail: eshofner@hptylaw.com