IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

SHARON K. WHITEHEAD,            )
Individually and as Executrix   )
of the Estate of James T.       )
Whitehead, Deceased,            )
                                )
          Plaintiff,            )
                                )
     v.                         )      1:18CV91
                                )
AIR & LIQUID SYSTEMS            )
CORPORATION, et al.,            )
                                )
          Defendants.           )

## ORDER

This matter comes before the court on the Joint Motion to Dismiss, (Doc. 254), filed by Plaintiff Sharon K. Whitehead and Defendant York International Corporation. For the reasons stated in the motion, and for good cause shown,

**IT IS THEREFORE ORDERED** that the parties' Joint Motion, (Doc. 254), is **GRANTED**, that all of Plaintiff's claims against Defendant York International Corporation are hereby **DISMISSED WITHOUT PREJUDICE**, and that each party shall bear their own costs of this action.

This the 23rd day of December, 2019.

_____
United States District Judge