THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
CIVIL ACTION NO. 1:18-CV-00091

| | |
|---|---|
| SHARON K. WHITEHEAD, Individually and as Executrix of the Estate of JAMES T. WHITEHEAD, Deceased | ) ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| AIR & LIQUID SYSTEMS CORPORATION, et al., | ) ) ) ) |
| Defendants. | ) ) |

## STIPULATION OF DISMISSAL
## OF DEFENDANT GENERAL ELECTRIC COMPANY

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiff Sharon K. Whitehead, Individually and as Executrix of the Estate of James T. Whitehead, deceased, by and through undersigned counsel, and with the consent of Defendant, General Electric Company hereby stipulates and agrees to voluntarily dismiss all claims against the consenting Defendant without prejudice. Each party to bear its own fees and costs.

[signatures on following page]

1

Submitted on January 8, 2020

STIPULATED BY:

*/s/ Kevin W. Paul*
Kevin W. Paul
*(Admitted Pro Hac Vice)*
Dean Omar Branham Shirley LLP
302 N. Market Street Suite 300
Dallas, TX 75202
kpaul@dobslegal.com
Attorneys for Plaintiff

William M. Graham
(NC Bar #17972)
Wallace and Graham P.A.
525 North Main Street
Salisbury, NC 28144
bgraham@wallacegraham.com
Attorneys for Plaintiff

CONSENTED TO BY:

*/s/ Jennifer M. Techman*
Jennifer M. Techman (NC Bar # 32183)
EVERT WEATHERSBY HOUFF
3455 Peachtree Road, Suite 1550
Atlanta, GA 30326
Telephone: (678) 651-1200
JMTechman@ewhlaw.com
Attorney for Defendant General Electric Company

# CERTIFICATE OF SERVICE

On January 8, 2020, the *Stipulation of Dismissal of Defendant General Electric Company* was filed via CM/ECF which will send notice to all counsel of record.

<u>*/s/ Kevin W. Paul*</u>
Kevin W. Paul
Attorneys for Plaintiff