IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

```
SHARON K. WHITEHEAD,             )
Individually and as Executrix    )
of the Estate of James T.        )
Whitehead, Deceased,             )
                                 )
          Plaintiff,             )
                                 )
     v.                          )      1:18CV91
                                 )
AIR & LIQUID SYSTEMS             )
CORPORATION, et al.,             )
                                 )
          Defendants.            )
```

### ORDER

This matter comes before the court on the Joint Motion to Dismiss, (Doc. 261), filed by Plaintiff Sharon K. Whitehead and Defendant United Conveyor Corporation. For the reasons stated in the motion, and for good cause shown,

**IT IS THEREFORE ORDERED** that the parties' Joint Motion to Dismiss, (Doc. 261), is **GRANTED**, that all of Plaintiff's claims against Defendant United Conveyor Corporation are hereby **DISMISSED WITHOUT PREJUDICE**, and that each party shall bear their own costs of this action.

This the 16th day of January, 2020.

/s/ William L. Osteen, Jr.
United States District Judge