IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| SHARON K. WHITEHEAD, Individually and as Executor of the Estate of JAMES T. WHITEHEAD, <br><br> Plaintiff, <br><br> v. <br><br> AIR & LIQUID SYSTEMS CORPORATION, et al., <br><br> Defendants. | 1:18CV91 |

## ORDER

This matter is before the Court on the parties' Joint Motion to Dismiss with Prejudice as to Defendant Flowserve US, Inc. (ECF No. 297). Plaintiff, Sharon K. Whitehead, Individually and as Executrix of the Estate of James T. Whitehead, Deceased, and Defendant, Flowserve US, Inc., solely as successor to Edward Valves, Inc. and Rockwell Manufacturing Company, by and through counsel, jointly move for the entry of an order of dismissal of the claims against Defendant Flowserve US, Inc.

Based on representations to the Court and for good cause shown,

IT IS HEREBY ORDERED that all claims brought against Defendant Flowserve US, Inc. are DISMISSED with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(2). Each party will bear its own costs.

This, the 13th day of March 2020.

/s/ Loretta C. Biggs
United States District Judge