UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
CIVIL ACTION NO. 1:18-cv-00091

| | |
|---|---|
| **SHARON K. WHITEHEAD**, Individually and as Executrix of the Estate of **JAMES T. WHITEHEAD**, Deceased, <br><br>Plaintiff, <br><br>v. <br><br>**AIR & LIQUID SYSTEMS CORPORATION**, individually and as successor-in- interest to BUFFALO PUMPS, et al., <br><br>Defendants. | § § § § § § § § § § § § § § § |

## THE WILLIAM POWELL COMPANY'S MOTION FOR SUMMARY JUDGMENT

NOW COMES The William Powell Company (hereinafter "Powell"), by counsel, and moves this Court for Summary Judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure on the grounds that there is no genuine issue of material fact, as shown but the pleadings, depositions, discovery responses, and other materials submitted to the Court. Therefore, Powell is entitled to summary judgment and dismissal from this action as a matter of law. The factual and legal grounds for this motion for summary judgment are fully set forth in the

accompanying Brief In Support Of The William Powell Company's Motion for Summary Judgment being filed simultaneously with this motion.

Respectfully submitted this 16th day of March, 2020.

    THE WILLIAM POWELL COMPANY
By: /s/David B. Oakley
David B. Oakley
NC BAR #39271
POOLE MAHONEY PC
4705 Columbus Street, Suite 100
Virginia Beach, Virginia 23462
Phone: (757) 499-1841
Fax: (757) 552-6016
doakley@pbp-attorneys.com

*Attorney for The William Powell Company*

## CERTIFICATE OF SERVICE

On March 16, 2020 the foregoing document was provided electronically to all counsel of record by filing via CM/ECF.

/s/David B. Oakley
David B. Oakley
NC BAR #39271
POOLE MAHONEY PC
4705 Columbus Street, Suite 100
Virginia Beach, Virginia 23462
Phone: (757) 499-1841
Fax: (757) 552-6016
doakley@pbp-attorneys.com

*Attorney for The William Powell Company*