IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| SHARON K. WHITEHEAD, Individually and as Executor of the Estate of JAMES T. WHITEHEAD, <br><br> Plaintiff, <br><br> v. <br><br> AIR & LIQUID SYSTEMS CORPORATION, et al., <br><br> Defendants. | 1:18CV91 |

**ORDER**

This matter is before the Court on the parties' Joint Motion to Dismiss with Prejudice as to Defendant BW/IP, Inc. and its Wholly-Owned Subsidiaries. (ECF No. 336.) Plaintiff, Sharon K. Whitehead, Individually and as Executrix of the Estate of James T. Whitehead, Deceased, and Defendant, BW/IP, Inc. and its Wholly-Owned Subsidiaries, jointly move for the entry of an order of dismissal of the claims against Defendant BW/IP, Inc. and its Wholly-Owned Subsidiaries.

Based on representations to the Court and for good cause shown,

IT IS HEREBY ORDERED that all claims brought against Defendant BW/IP, Inc. and its Wholly-Owned Subsidiaries are DISMISSED WITH PREJUDICE pursuant to Federal Rules of Civil Procedure 41(a)(2). Each party will bear its own costs.

This, the 17th day of April 2020.

/s/ Loretta C. Biggs
United States District Judge