IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| SHARON K. WHITEHEAD, Individually and as Executor of the Estate of JAMES T. WHITEHEAD,<br><br>Plaintiff,<br><br>v.<br><br>AIR & LIQUID SYSTEMS CORPORATION, et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)   1:18CV91<br>)<br>)<br>)<br>)<br>) |

**ORDER**

This matter is before the Court on the parties' Joint Motion to Dismiss. (ECF No. 337.) Plaintiff, Sharon K. Whitehead, Individually and as Executrix of the Estate of James T. Whitehead, Deceased, and Defendants Daniel International Corporation, Fluor Daniel Services Corporation, Fluor Enterprises, Inc., and Fluor Constructors International, Inc. (on behalf of itself and the incorrectly named Defendant Fluor Constructors International, f/k/a Fluor Corporation), jointly move for the entry of an order of dismissal of the claims against Defendants Daniel International Corporation, Fluor Daniel Services Corporation, Fluor Enterprises, Inc., and Fluor Constructors International, Inc.

Based on representations to the Court and for good cause shown,

IT IS HEREBY ORDERED that all claims brought against Defendants Daniel International Corporation, Fluor Daniel Services Corporation, Fluor Enterprises, Inc., and

Fluor Constructors International, Inc. are DISMISSED WITH PREJUDICE pursuant to Federal Rules of Civil Procedure 41(a)(2).  Each party will bear its own costs.

This, the 17th day of April 2020.

/s/ Loretta C. Biggs
United States District Judge