IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| SHARON K. WHITEHEAD, Individually and as Executor of the Estate of JAMES T. WHITEHEAD, <br><br> Plaintiff, <br><br> v. <br><br> AIR & LIQUID SYSTEMS CORPORATION, et al., <br><br> Defendants. | ) ) ) ) ) ) ) ) 1:18CV91 ) ) ) ) ) ) |

**ORDER**

This matter is before the Court on the parties' Joint Motion to Dismiss with Prejudice as to Defendant Research-Cottrell, Inc. (ECF No. 340.) Plaintiff, Sharon K. Whitehead, Individually and as Executrix of the Estate of James T. Whitehead, Deceased, and Defendant Research-Cottrell, Inc., jointly move for the entry of an order of dismissal of the claims against Defendant Research-Cottrell, Inc.

Based on representations to the Court and for good cause shown,

IT IS HEREBY ORDERED that all claims brought against Defendant Research-Cottrell, Inc. are DISMISSED with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(2). Each party will bear its own costs.

This, the 23rd day of April 2020.

/s/ Loretta C. Biggs
United States District Judge