IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| SHARON K. WHITEHEAD, Individually and as Executor of the Estate of JAMES T. WHITEHEAD, <br><br> Plaintiff, <br><br> v. <br><br> AIR & LIQUID SYSTEMS CORPORATION, et al., <br><br> Defendants. | ) ) ) ) ) ) ) ) 1:18CV91 ) ) ) ) ) ) |

**ORDER**

This matter is before the Court on the parties' Joint Motion to Dismiss with Prejudice Defendant McNally Industries, Inc. (ECF No. 341.) Plaintiff, Sharon K. Whitehead, Individually and as Executrix of the Estate of James T. Whitehead, Deceased, and Defendant McNally Industries, improperly sued as "McNally Industries, LLC, successor-in-interest to Northern Fire Apparatus" (hereafter "Defendant McNally Industries"), jointly move for the entry of an order of dismissal of the claims against Defendant McNally Industries.

Based on representations to the Court and for good cause shown,

IT IS HEREBY ORDERED that all claims brought against Defendant McNally Industries are DISMISSED with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(2). Each party will bear its own costs.

This, the 23rd day of April 2020.

/s/ Loretta C. Biggs
United States District Judge