IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| SHARON K. WHITEHEAD, Individually and as Executor of the Estate of JAMES T. WHITEHEAD, <br><br> Plaintiff, <br><br> v. <br><br> AIR & LIQUID SYSTEMS CORPORATION, et al., <br><br> Defendants. | 1:18CV91 |

## ORDER

This matter is before the Court on the parties' Joint Motion to Dismiss with Prejudice Defendant Sterling Fluid Systems (USA) LLC. (ECF No. 342.) Plaintiff, Sharon K. Whitehead, Individually and as Executrix of the Estate of James T. Whitehead, Deceased, and Defendant Sterling Fluid Systems (USA) LLC, improperly sued as "Sterling Fluid Systems (USA) LLC, f/k/a Peerless Pumps Co." (hereafter "Defendant Sterling Fluid Systems"), jointly move for the entry of an order of dismissal of the claims against Defendant Sterling Fluid Systems.

Based on representations to the Court and for good cause shown,

IT IS HEREBY ORDERED that all claims brought against Defendant Sterling Fluid Systems are DISMISSED with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(2). Each party will bear its own costs.

This, the 23rd day of April 2020.

/s/ Loretta C. Biggs
United States District Judge