IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| SHARON K. WHITEHEAD, Individually and as Executor of the Estate of JAMES T. WHITEHEAD, <br><br> Plaintiff, <br><br> v. <br><br> AIR & LIQUID SYSTEMS CORPORATION, et al., <br><br> Defendants. | ) ) ) ) ) ) ) ) 1:18CV91 ) ) ) ) ) ) |

## ORDER

This matter is before the Court on the parties' Joint Motion to Dismiss with Prejudice Defendant FMC Corporation. (ECF No. 343.) Plaintiff, Sharon K. Whitehead, Individually and as Executrix of the Estate of James T. Whitehead, Deceased, and Defendant FMC Corporation, on behalf of its former Chicago Pump, Northern Pump, and Peerless Pump businesses, improperly sued as "FMC Corporation" (hereafter "Defendant FMC"), jointly move for the entry of an order of dismissal of the claims against Defendant FMC.

Based on representations to the Court and for good cause shown,

IT IS HEREBY ORDERED that all claims brought against Defendant FMC are DISMISSED with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(2). Each party will bear its own costs.

This, the 23rd day of April 2020.

/s/ Loretta C. Biggs
United States District Judge