IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| SHARON K. WHITEHEAD, Individually and as Executor of the Estate of JAMES T. WHITEHEAD, <br><br> Plaintiff, <br><br> v. <br><br> AIR & LIQUID SYSTEMS CORPORATION, et al., <br><br> Defendants. | 1:18CV91 |

## ORDER

This matter is before the Court on the parties' Joint Motion for Dismissal with Prejudice of Gardner Denver, Inc. (ECF No. 356.) Plaintiff, Sharon K. Whitehead, Individually and as Executrix of the Estate of James T. Whitehead, Deceased, and Defendant Gardner Denver, Inc. jointly move for the entry of an order of dismissal of the claims against Defendant Garner Denver, Inc.

Based on representations to the Court and for good cause shown,

IT IS HEREBY ORDERED that all claims brought against Defendant Gardner Denver, Inc. are DISMISSED WITH PREJUDICE pursuant to Federal Rules of Civil Procedure 41(a)(2). Each party will bear its own costs.

This, the 3rd day of June 2020.

/s/ Loretta C. Biggs
United States District Judge