IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| SHARON K. WHITEHEAD, Individually and as Executor of the Estate of JAMES T. WHITEHEAD, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | )     1:18CV91 ) |
| AIR & LIQUID SYSTEMS CORPORATION, et al., | ) ) ) |
| Defendants. | ) |

**ORDER**

This matter is before the Court on the parties' Joint Motion to Dismiss Air & Liquid Systems Corporation. (ECF No. 363.) Plaintiff, Sharon K. Whitehead, Individually and as Executrix of the Estate of James T. Whitehead, Deceased, and Defendant Air & Liquid Systems Corporation, jointly move for the entry of an order of dismissal of the claims against Defendant Air & Liquid Systems Corporation.

Based on representations to the Court and for good cause shown,

IT IS HEREBY ORDERED that all claims brought against Defendant Air & Liquid Systems Corporation are DISMISSED without prejudice pursuant to Federal Rules of Civil Procedure 41(a)(2). Each party will bear its own costs.

This, the 24th day of August 2020.

/s/ Loretta C. Biggs
United States District Judge