IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| SHARON K. WHITEHEAD, Individually and as Executor of the Estate of JAMES T. WHITEHEAD, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | 1:18CV91 |
| AIR & LIQUID SYSTEMS CORPORATION, et al., | ) ) ) | |
| Defendants. | ) ) | |

## ORDER

This matter is before the Court on the parties' Joint Motion to Dismiss Blackmer Pump Company. (ECF No. 364.) Plaintiff, Sharon K. Whitehead, Individually and as Executrix of the Estate of James T. Whitehead, Deceased, and Defendant Blackmer Pump Company, jointly move for the entry of an order of dismissal of the claims against Defendant Blackmer Pump Company.

Based on representations to the Court and for good cause shown,

IT IS HEREBY ORDERED that all claims brought against Defendant Blackmer Pump Company are DISMISSED without prejudice pursuant to Federal Rules of Civil Procedure 41(a)(2). Each party will bear its own costs.

This, the 24th day of August 2020.

/s/ Loretta C. Biggs
United States District Judge